PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: ANTONIO DION AUSTIN      Docket Number: 1:07CR253-1

Name of Sentencing Judicial Officer: The Honorable William L. Osteen, Jr.

Date of Original Sentence: September 25, 2008

Original Offense: Bank Robbery in violation of 18 U.S.C. § 2113(a).

Original Sentence: 169 months imprisonment followed by a term of 3 years supervised release.

May 24, 2022: Supervised release was revoked and ordered to 6 months of imprisonment followed by a term of 30 months supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: August 15, 2022
Date Supervision Expires: February 14, 2025

Assistant U.S. Attorney: Sandra J. Hairston      Defense Attorney: Anne R. Littlejohn

## PETITIONING THE COURT

[X]    To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Mr. Austin has violated the following condition(s) of supervision:

**Violation 1 - You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

Mr. Austin had reported residence through Sober Living of America at 5515 Tomahawk Drive, Greensboro, NC. The probation officer confirmed this residence with multiple home visits with Mr. Austin. On June 12, 2023, the probation attempted to verify if Mr. Austin was still a resident at Sober Living of America. Staff informed that he was not. It is reported that on May 6, 2023, Mr. Austin left the residence and program. He allegedly took items that were not his. He is not allowed back at Sober Living of America staff.

Mr. Austin's whereabouts are currently unknown.

**Violation 2 - You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.**

Mr. Austin reported to the probation officer he had left the state and was in Atlanta, Georgia. Mr. Austin reported he was employed and living there while also receiving substance abuse treatment through Sober Living of America. Mr. Austin was not given permission to travel or transfer to Northern District of Georgia.

RE: Antonio Dion Austin                                                                 2

**Violation 3 - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Mr. Austin reported to the probation office on August 19, 2022, and tested positive for cocaine and methamphetamine. Mr. Austin signed an admission reporting the same.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X]     revoked.
        [ ]     extended for   years, for a total term of   years.

[ ]     The conditions of supervision should be modified as follows:

                        I declare under penalty of perjury that the forgoing is true and correct.

                        Executed on     June 26, 2023

                                        _____
                                        Jessica Kinsel
                                        U.S. Probation Officer

Approved by:
_____                 June 26, 2023
Edward R. Cameron                       _____
Supervisory U.S. Probation Officer      Date

                                                        RECEIVED

                                                        JUN 28 2023

                                                        US Marshals Service, M NC