IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07-cr-253-1 |
| | ) | |
| ANTONIO DION AUSTIN | ) | **FILED UNDER SEAL** |

### ORDER ON PETITION FOR WARRANT OR SUMMONS
### FOR OFFENDER UNDER SUPERVISION

This matter is before the court upon the request of the United States Probation Officer. (Doc. 75.) The court has reviewed the petition and finds the following:

( )  No Action.

(X)  The Issuance of a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshals Service.

( )  The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( )  Other:

**IT IS SO ORDERED.**

This the 27th day of June, 2023.

_____
William L. Osteen, Jr.
United States District Judge

RECEIVED

JUN 28 2023

US Marshals Service. M/NC

# UNITED STATES DISTRICT COURT

FiD 1359052

for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:07CR253-1 |
| ANTONIO DION AUSTIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANTONIO DION AUSTIN ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
In violation of the conditions of supervised release imposed by the Middle District of North Carolina on 09/25/2008.

Date: 06/27/2023

City and state: Greensboro, NC

John S. Brubaker, Clerk
*Issuing officer's signature*

/s/ Alexis Bowers, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

RECEIVED
JUN 28 2023
US Marshals Service. M/NC

*Arresting officer's signature*

*Printed name and title*